**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6046**

---

JOSEPH G. POSTON,

        Plaintiff - Appellant,

    v.

DR. GALVIN HARRIS; DR. K. SHARMA; J. SHENUR, Registered Nurse; MS. STITH,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:22-cv-01139-CMH-IDD)

---

Submitted:  August 28, 2025                Decided:  September 3, 2025

---

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joseph G. Poston, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph G. Poston appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice for failure to effect service of process. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Poston v. Haris*, No. 1:22-cv-01139-CMH-IDD (E.D. Va. Dec. 20, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*